UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-cv-23766-KMW

DAVID SCHULMAN, as Personal
Representative of the Estate of Casey
Schulman, deceased,

      Plaintiff,

INSTITUTE FOR SHIPBOARD
EDUCATION d/b/a Semester at Sea,
ANCHORAGE HOTEL LTD, GLOBAL
CITIZENS TRAVEL, LLC, and
FOUNTAINE-PAJOT, S.A., a foreign
company,

      Defendants.

_____/

## MOTION OF DEFENDANT FOUNTAINE-PAJOT, S.A. TO DISMISS AMENDED COMPLAINT

Defendant Fountaine-Pajot, S.A. ("Fountaine-Pajot") by and through its undersigned

counsel and pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(5), hereby moves to dismiss the

Amended Complaint of plaintiff, David Schulman, as Personal Representative of the Estate of

Casey Schulman.

### ARGUMENT

1.      The plaintiff filed the Complaint on October 17, 2012.

2.      On February 7, 2014 the defendant Fountaine-Pajot filed a Motion to Dismiss the

Complaint for lack of personal jurisdiction [D.E. 29].

3.	On February 24, 2014 the Court held a Status Conference.

4.	On March 3, 2014 the plaintiff filed an Amended Complaint.

5.	Fountaine-Pajot renews and relies on its previously filed Motion to Dismiss in response to the Amended Complaint .

Respectfully submitted,

RASKIN & RASKIN, P.A.
866 s. Dixie Highway
Coral Gables, Florida 33146
Tel: (305) 444-3400
Fax: (305) 445-0266

By: /s/ Martin R. Raskin
MARTIN R. RASKIN
mraskin@raskinlaw.com
FLA. BAR NO. 315206
*Counsel for Defendant Fountaine-Pajot, S.A.*

HELLRING LINDEMAN GOLDSTEIN &
SIEGAL LLP
One Gateway Center
Newark, NJ 07102
Tel: (973) 621-9020
Fax: (973) 621-7406

By:	/s/ Richard K. Coplon
RICHARD K. COPLON
rkcoplon@hlgslaw.com
*Co-counsel for Defendant Fountaine-Pajot, S.A.*
*Admitted Pro Hac Vice*

By:	/s/ Stephen L. Dreyfuss
STEPHEN L. DREYFUSS
sldreyfuss@hlgslaw.com
*Co-counsel for Defendant Fountaine-Pajot, S.A.*
*Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2014, the undersigned electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


By:   /s/ Martin R. Raskin
      MARTIN R. RASKIN